## United States District Court for the Northern District of Illinois

Case Number: 08cv359                    Assigned/Issued By: j. n.

Judge Name: gottschall              Designated Magistrate Judge: valdez

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00       [ ] $5.00
                [ ] IFP         [ ] No Fee       [ ] Other _____
                [ ] $455.00

Number of Service Copies _____           Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____              Receipt #: 10651557_____

Date Payment Rec'd: 1-16-08____       Fiscal Clerk: j. n._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_1_ Original and _0_____ copies on _1-16-08_____ as to _defendant_____
                                        (Date)

_____
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05