**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Trustees of the Regional Council of  | ) | |
| Carpenters Pension Fund, Welfare Fund | ) | |
| and Apprentice & Trainee Program Fund, | ) | No. 08 C 359 |
| | ) | |
| v. | ) | Judge Gottshcall |
| | ) | |
| Longshore/Daly, Inc. | ) | |

**Notice of Motion**

To:   Daniel P. McAnally
    Whitfield McGann & Ketterman
    111 E Wacker Drive, Suite 2600
    Chicago, IL   60601


    PLEASE TAKE NOTICE that on Thursday, February 28, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before Honorable Judge Gottschall, or any judge sitting in her stead, in the court room usually occupied by her in Room 2325 at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois and present the attached Motion to Extend Time to Respond, a copy of which is attached.


                    By:   /S/ Thomas S. Moore
                        One of the Attorneys for
                        Longshore/Daly, Inc.